# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

BENNIE JONES

NO. 2019 KW 0772

OCT 1 8 2019

---

In Re: Bennie Jones, applying for supervisory writs, 21st Judicial District Court, Parish of Tangipahoa, No. 170286.

---

**BEFORE:** **McCLENDON, WELCH, AND HOLDRIDGE, JJ.**

**WRIT DENIED ON THE SHOWING MADE.** Relator failed to include a copy of the bill of information, all pertinent minute entries, the guilty plea transcript, the commitment order, and any other portions of the district court record that might support the claims raised in the application for postconviction relief. Supplementation of this writ application and/or an application for rehearing will not be considered. See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9. In the event relator elects to file a new application with this court, the application must be filed on or before December 9, 2019. Any future filing on this issue should include the entire contents of this application, the missing items noted above, and a copy of this ruling.

**PMc**
**JEW**
**GH**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT